1  Al Lustgarten, Bar #189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   818-907-5866 (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | ) |
| Plaintiff, vs. | ) Case No.: 5:10-CV-01784-WDK-FMO |
| Celedonio Paniagua, et al, | ) **RENEWAL OF JUDGMENT BY CLERK** |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Celedonio Paniagua, an individual d/b/a Peru Peru Peruvian Restaurant a/k/a Nayus Peruvian Restaurant and Carmen Paniagua, an individual d/b/a Peru Peru Peruvian Restauran a/k/a Nayus Peruvian Restaurant, entered on August 15, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 2,620.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | 2,620.00 |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 2,620.00 |
| f. | Interest after judgment(.18%) | $ | 147.19 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **2,767.19** |

Dated: July 19, 2022                CLERK, by  *Sharon HallBron*
                                    Kirk K. Gray
                                    Clerk of U.S. District Court

Renewal of Judgment by Clerk